No. D–693.  IN RE DISBARMENT OF GOLDMAN.  It is ordered that Ronald Laurence Goldman, of Marina Del Rey, Cal., be suspended from the practice of law in this Court and that a rule issue,

returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.